**NATIONAL LIFE & ACCIDENT INS. CO., Appellant, v. Lem HARRIS, Appellee.**

No. 3568.

Court of Civil Appeals of Texas. Beaumont.

Jan. 24, 1940.

Rehearing Denied Feb. 28, 1940.

George M. Sonfield, of Beaumont, and Robert L. Sonfield, of Houston, for appellant.

Howell & Howell, of Beaumont, for appellee.

COMBS, Justice.

This suit originated in the County Court of Jefferson County and involves collection of twenty-seven weekly installments of disability insurance of $8 each aggregating $216. The trial court awarded judgment as prayed for. We find no reversible error and affirm the judgment without written opinion. See Texas & New Orleans Railroad Company v. Futch, Tex.Civ.App., 127 S.W.2d 1040.